# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE:<br><br>TARA LA SHEA HASKIN<br>915 PATTY COVE<br>LA VERGNE, TN  37086 | )<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. 17-03854-RM3-13<br><br>JUDGE RANDAL S MASHBURN |

SSN XXX-XX-7195

---

**THE DEADLINE FOR FILING A TIMELY RESPONSE IS 9/5/2017.**

**IF A RESPONSE IS TIMELY FILED THE HEARING DATE WILL BE: 9/13/2017 AT 8:30 AM CUSTOMS HOUSE, COURTROOM 1, 701 BROADWAY, 2ND FL, NASHVILLE, TN , 37203.**

## NOTICE OF MOTION TO DISALLOW CLAIM OF
## BRIDGECREST CREDIT COMPANY LLC (PAYEE BRIDGECREST CREDIT CO) COURT'S CLAIM #2

   Henry E. Hildebrand, III, Chapter 13 Trustee, has asked the court for the following relief:  Motion to Disallow Claim of BRIDGECREST CREDIT COMPANY LLC (PAYEE  BRIDGECREST CREDIT CO).

   **YOUR RIGHTS MAY BE AFFECTED**.  If you do not want the court to grant the attached motion or if you want the court to consider your views on the motion, then on or before the response date stated above, you or your attorney must:

1. File with the court your response or objection explaining your position.  Please note: the Bankruptcy Court for the Middle District of Tennessee requires electronic filing.  Any response objection you wish to file must be submitted electronically.  To file electronically, you or your attorney must go to the court website and follow the instructions at: https://ecf.tnmb.uscourts.gov.

 If you need assistance with Electronic Case Filing you may call the Bankruptcy Court at (615)736-5584.  The Bankruptcy Court may be visited in person at:  US Bankruptcy Court, 701 Broadway, 1st Floor, Nashville, TN (Monday - Friday, 8:00 A.M.- 4:00 P.M.).

2. Your response must state the deadline for filing response,  the date of the scheduled hearing,  and the motion to which you are responding .

        If a response is filed before the deadline stated above, the hearing will be held at the time and place indicated above. **THERE WILL BE NO FURTHER NOTICE OF THE HEARING DATE**. You may check whether a timely response has been filed by calling the Clerk's office at 615-736-5584. If you received this notice by mail, you may have three additional days in which to file a timely response under Rule 9006(f) of the Federal Rules of Bankruptcy Procedure.
        If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

/s/ Henry E. Hildebrand, III<br>
HENRY E. HILDEBRAND, III<br>
CHAPTER 13 TRUSTEE<br>
P O BOX 340019<br>
NASHVILLE, TN  37203<br>
PHONE:  615-244-1101<br>
FAX:  615-242-3241<br>
pleadings@ch13nsh.com

<pre>
                    IN THE UNITED STATES BANKRUPTCY COURT
                     FOR THE MIDDLE DISTRICT OF TENNESSEE
</pre>

IN RE: )
)
TARA LA SHEA HASKIN ) CASE NO. 17-03854-RM3-13
915 PATTY COVE ) JUDGE RANDAL S MASHBURN
LA VERGNE, TN 37086 )
)

SSN XXX-XX-7195

## MOTION TO DISALLOW CLAIM OF
## BRIDGECREST CREDIT COMPANY LLC (PAYEE BRIDGECREST CREDIT CO) COURT'S CLAIM #2

      Henry E. Hildebrand, III, Standing Trustee for Chapter 13 matters in the Middle District of Tennessee ("Trustee") , respectfully requests this Court disallow the proof of claim asserted on behalf of BRIDGECREST CREDIT COMPANY LLC (payee BRIDGECREST CREDIT CO), in the amount of $18,639.99 filed as claim #2 on the Court's claims register . In support thereof, the Trustee would state as follows:

<u>Claim is filed in the wrong case.</u>   The Trustee would state that the proof of claim attached to the electronic claims register of the court fails to support that any claims are made against the above-named debtor . Specifically, the debtor's name and the case number on the proof of claim is inconsistent with the debtor and case number noted above.

      WHEREFORE, the premises considered, the Trustee requests that this court disallow the claim of BRIDGECREST CREDIT COMPANY LLC, payee BRIDGECREST CREDIT CO, filed as claim #2 on the Court's claims register .

<pre>
                                              Respectfully submitted,

                                               /s/ Henry E. Hildebrand, III
                                               HENRY E. HILDEBRAND, III
                                               CHAPTER 13 TRUSTEE
                                               P O BOX 340019
                                               NASHVILLE, TN  37203
                                               PHONE:  615-244-1101
                                               FAX:  615-242-3241
                                               pleadings@ch13nsh.com
</pre>

      I hereby certify that a true and correct copy of the foregoing has been served by US Postal Service, postage prepaid on TARA LA SHEA HASKIN, 915 Patty Cove, La Vergne, TN 37086; and
BRIDGECREST CREDIT CO  P O BOX 29018, PHOENIX, AZ  85038;
BRIDGECREST CREDIT CO, 7300 E HAMPTON AVE STE 101, MESA AZ 85209-3324;
CORPORATION SVC CO, REG AGENT BRIDGECREST CREDIT CO, 2908 POSTON AVE, NASHVILLE TN 37203-1312;

and through email by Electronic Case Noticing to Ms Beth R Derrick, Assistant US Trustee, and LONG BURNETT AND JOHNSON PLLC, Debtor's counsel
on this  4th day of August, 2017.

<pre>
                                               /s/ Henry E. Hildebrand, III
                                               HENRY E. HILDEBRAND, III
                                               Chapter 13 Trustee
</pre>

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE: )
)
TARA LA SHEA HASKIN )
915 PATTY COVE ) CASE NO. 17-03854-RM3-13
LA VERGNE, TN 37086 )
) JUDGE RANDAL S MASHBURN
)

SSN XXX-XX-7195

## ORDER TO DISALLOW CLAIM OF
## BRIDGECREST CREDIT COMPANY LLC (PAYEE BRIDGECREST CREDIT CO) COURT'S CLAIM #2

It appearing to the Court, based upon the certification of the Trustee, as indicated by his electronic signature below, that the Trustee has filed a motion seeking to disallow the claim of the below-listed creditor due to:

The claim is filed in the wrong case;

that the Trustee has served notice of the motion on the claimant, the debtor and debtor's counsel, providing them the opportunity to object to the motion; and that the Trustee has received no objection to the motion as required by Rule 9014-1 of the Local Rules of the Bankruptcy Court for the Middle District of Tennessee, it is therefore

ORDERED, that the claim asserted by the creditor below is disallowed .

    Creditor Name: BRIDGECREST CREDIT COMPANY LLC (payee BRIDGECREST CREDIT CO)
    Court's Claim Number: 2
    Account Number: xxxxxxxx4401

APPROVED FOR ENTRY:

/s/ Henry E. Hildebrand, III      THIS ORDER WAS SIGNED AND ENTERED
HENRY E. HILDEBRAND, III      ELECTRONICALLY AS INDICATED AT THE
CHAPTER 13 TRUSTEE      TOP OF THE FIRST PAGE.
P O BOX 340019
NASHVILLE, TN 37203
PHONE: 615-244-1101
FAX: 615-242-3241
pleadings@ch13nsh.com